UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRINGFELLOW,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN PRICE, et al.,<br><br>Defendants. | No. 2:15-cv-1314 KJN P<br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS |

By an order filed July 21, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants, or to submit an amended complaint. That thirty day period has since passed, and plaintiff has not responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and

1 | Recommendations."  Plaintiff is advised that failure to file objections within the specified time
2 | may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
3 | Cir. 1991).
4 | Dated:  August 31, 2015

*[Signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/stri1314.fusm