UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRINGFELLOW, | No. 2:15-cv-1314 KJN P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN PRICE, et al., | |
| Defendants. | |

Plaintiff proceeds, in forma pauperis and without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983. He consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On July 21, 2015, plaintiff was given two options: (1) leave to file an amended complaint to attempt to state a cognizable claim against Warden Price, or (2) submit the forms required to serve process on the remaining defendants. (ECF No. 4.) On December 9, 2015, plaintiff provided the forms necessary to serve the remaining defendants; he did not provide an amended complaint. Therefore, plaintiff's claims against defendant Price are dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that defendant Price is dismissed from this action without prejudice.

Dated:  December 11, 2015

stri1314.dm

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE