UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRINGFELLOW, | No. 2:15-cv-1314 KJN P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN PRICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

stri1314.59a