UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STRINGFELLOW, | No. 2:15-cv-1314 KJN P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN PRICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed. On June 21, 2016, defendants filed a statement of non-opposition to the request. (ECF No. 33.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to dismiss (ECF No. 32) is granted and this action is dismissed.

Dated: June 30, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

stri1314.59